JOE BIDEN                                         8-22-22

V.

FILED BY MC D.C.
AUG 25 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Lessie Earl Proctor
                    Pro-se
        MOTION 1983 CIVIL
        ACTION SUITING
        FOR, 1,000,000,000

HERE COMES, Lessie Earl Proctor in his defense without disputed.

For deprivation of rights under color of any Statute.

On about January-27-2020 I Lessie-Earl Proctor were sentenced in the Southern district of miami florida on Charges of Hobb Act Robbery. I Went to trial. I Lessie Earl Proctor were sentence to prison 38 years without being before the courts, On January 27-2020 I were in pensacola florida at the time of sentence in the southern district of Miami. Records Submitted with this arument.

In pensacola florida the 922(g) were droped. The Courts in Miami charged me with 18 U.S.C. §924(c)(1)(A). for that to stick. I Lessie Earl Proctor got to be Charge with the gun. I am a felon the Counts in pensacola florida were droped.

I am Suiting Joe Biden because I Need him to fix this wrong. I am on the pardon website, pardon me. I Lessie earl Proctor will drop Law suit

## CERTIFICATE OF SERVICE

Lessie Earl Proctor
Reg: 20924-043
FCI Manchester
P.O. Box 4000
Manchester, KY 40962

NAME Lessie Earl Proctor
REG. NO. 20924-043  QTR. ·
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000



22 AUG 722

office of the clerk
Room 8N09 400 North
Miami Avenue
miami, Florida, 33128-7716

3312887716 C075

